**Order entered May 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01491-CV

**GARY C. EVANS, Appellant**

**V.**

**THE FROST NATIONAL BANK, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15818**

## ORDER

The Court has before it appellant's May 14, 2013 unopposed motion for extension of time to file his brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by May 29, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE